FILED

APR 16 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5:25 CR 00173 |
| v. ) | |
| ) | Title 18, United States Code, |
| DEMAR DAWSON, ) | Section 844(i) |
| ) | |
| Defendant. ) | |
| ) | JUDGE OLIVER |
| ) | |

COUNT 1
(Arson, 18 U.S.C. § 844(i))

The Grand Jury charges:

1. On or about August 15, 2024, in the Northern District of Ohio, Eastern Division, Defendant DEMAR DAWSON did maliciously damage and destroy, by means of fire, a building, to wit: the residence at 1045 Corwin Avenue, Akron, Ohio, and other real and personal property, located at 1045 Corwin Avenue, Akron, Ohio, used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.