## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:25-CR-173 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| -vs- | : | |
| | : | |
| DEMAR DAWSON | : | **MOTION TO MODIFY CONDITIONS** |
| | : | **OF RELEASE** |
| Defendant. | : | |

Defendant, DeMar Dawson, respectfully moves this Honorable Court to modify the condition of his bond requiring that he notify his Pretrial Services Officer at least forty-eight (48) hours prior to traveling outside the district (R. 33). Mr. Dawson is a union bricklayer. Since his release on February 6, 2026, he has reinstated his membership with the union and anticipates receiving job assignments through the union hiring hall. Mr. Dawson has conferred with his Pretrial Services Officer and is fully aware of the geographic boundaries of his authorized travel. He also understands his obligation to keep his ankle monitor charged and functioning so that Pretrial Services can accurately monitor his location.  His Pretrial Services Officer, Christopher Mitchell, has no objection to this request.

Mr. Dawson anticipates that some of the job assignments may require travel outside of the currently authorized geographic area. Additionally, these assignments typically require him to report to a job site on short notice, often with less than twenty-four (24) hours' notice. As currently written, the forty-eight-hour advance notice requirement makes it difficult for Mr. Dawson to accept these assignments and maintain employment.

1

Accordingly, Mr. Dawson respectfully requests that the Court modify this condition to require that he notify his Pretrial Services Officer as soon as practicable when travel outside the district is required for employment.

Wherefore, Defendant DeMar Dawson respectfully requests that this Honorable Court modify the condition of his bond requiring forty-eight (48) hours' advance notice of travel outside the district and instead permit Mr. Dawson to notify his Pretrial Services Officer as soon as practicable when such travel is required for employment.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928

/s/ Justin J. Roberts
JUSTIN J. ROBERTS
Assistant Federal Public Defender
Ohio Bar: 0086168
10 East Commerce Street
Youngstown, OH 44503
Phone: 330-746-6399
E-mail: justin_roberts@fd.org

/s/ Timothy C. Ivey
TIMOTHY C. IVEY
First Assistant Federal Public Defender
Ohio Bar:  0039246
/s/ Catherine Adinaro Shusky
CATHERINE ADINARO SHUSKY
Attorney at Law
Ohio Bar: 0088731
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Phone: (216) 522-4856
E-mail: timothy_ivey@fd.org
E-mail: cathi_shusky@fd.org