IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:25CR173 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| | ) | |
| DEMAR DAWSON, | ) | <u>JOINT PRELIMINARY STATEMENT</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now come the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Peter Daly, Assistant U.S. Attorney, and Justin Roberts, Timothy Ivey and Michael Heffernan, Counsel for Defendant Demar Dawson, and respectfully request that the Court give the following preliminary statement to the panel of potential jurors during the *voir dire* of the trial in the above-captioned case.

**JOINT PRELIMINARY STATEMENT**

Defendant Demar Dawson has been charged by indictment in this case with a violation of federal law. Specifically, the United States alleges that on or about August 15, 2024, Defendant committed arson by maliciously damaging or destroying by means of fire a residence on Corwin Avenue in Akron, Ohio.

Defendant has entered a plea of Not Guilty, and, as such, has denied the charge alleged against him.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Justin Roberts*
JUSTIN ROBERTS
Assistant Federal Public Defender
Ohio Bar: 0086168
10 East Commerce St., Suite #230
Youngstown, OH 44503
(330) 746-6399

*/s/ Timothy Ivey*
TIMOTHY IVEY
First Assistant Federal Public Defender
Ohio Bar: 0039246

*/s/ Michael V. Heffernan*
MICHAEL V. HEFFERNAN
Assistant Federal Public Defender
Ohio Bar: 0074776
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: justin_roberts@fd.org
E-mail: Timothy_ivey@fd.org
E-mail: Michael_heffernan@fd.org

*Counsel for defendant*

DAVID M. TOEPFER
United States Attorney

By: */s/ Peter Daly*
PETER DALY
Ohio Bar: 0084745
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0529
Email: peter.daly@usdoj.gov

*Counsel for government*