UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:25 CR 173 |
| | ) | |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v | ) | |
| | ) | |
| DEMAR DAWSON, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

At the In-Person Final Pretrial held on September 23, 2026 at which time Defense Counsel inquired about modifying the terms of Defendant Dawson's pretrial release to change his monitoring from home detention to stand alone monitoring. Counsel for the United States, as well as Mr. Dawson's supervision officer both advised the court they have no objection to the request. Further Officer Mitchell advises that Defendant has been in full compliance with the terms of his pretrial release.

As there are no objections to the request, the court grants the request and modifies the terms of Mr. Dawson's pretrial release from home detention to stand alone monitoring, with the technology at the discretion of the Pretrial Officer. All other terms and conditions of pretrial release shall remain.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 18, 2026